IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| LEVI SUMMERS, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 14-0124-WS-N |
| | ) | |
| CYNTHIA STEWART, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 8, 2014, is **ADOPTED** as the opinion of this Court.

**DONE** this 24th day of April, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE