IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| LEVI SUMMERS, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | CIVIL ACTION NO. 14-00124-WS-N |
|  | ) |  |
| CYNTHIA STEWART, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that the habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **DENIED** and **DISMISSED with prejudice**. Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis.

**DONE** this 24th day of April, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE